This case was originally remanded to the trial court for further consideration. On *Page 4 
remand, the State filed a response and the trial court entered the following order:
 "The above styled petition having been considered by the court along with the response thereto filed by the State of Alabama, the court is of the opinion that the relief sought in the petition is due to be granted.
 "It is therefore ORDERED, ADJUDGED AND DECREED by the Court that the disciplinary held on February 9, 1983, charging the petitioner with a violation of Rule No. 27, be expunged from the petitioner's file by the Alabama Department of Corrections, and in addition that any and all sanctions imposed upon the petitioner as a result of said disciplinary be removed and that all benefits withheld as a result of same be restored."
Based on the trial court's order, it would appear that the petitioner has been afforded the full relief requested in his petition for writ of habeas corpus. Because the issues heretofore raised by way of this appeal are now moot, this appeal is dismissed.
OPINION EXTENDED; APPEAL DISMISSED.
All the Judges concur.